UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**08-80747-CIV-HURLEY/HOPKINS**

RICHARD WRIGHT,

      Plaintiff,                           Case No.

v.

XYLOPHONE LLC dba THE TRUMP INSTITUTE

      Defendant.
_____/

**VERIFIED COMPLAINT AND JURY DEMAND**

Plaintiff sues Defendant and states:

**JURISDICTION AND VENUE**

1. This action seeks equitable and injunctive relief, compensatory damages in excess of $15,000, lost benefits and promotion, liquidated damages and attorney's fees and costs for violation of the Uniformed Services Employment and Reemployment Rights Act (USERRA 38 U.S.C. 4301-4333).

2. Pursuant to 38 U.S.C. 4323(b)(3) and (c)(2) jurisdiction for a case of a person against a private employer is in any federal court in which Defendant maintains a place of business. **NO COURT COSTS MAY BE CHARGED OR TAXED PURSUANT TO 38 USC 4323(c)(h).**

**PARTIES**

3. RICHARD WRIGHT, (hereinafter WRIGHT) is a citizen and resident of the United States who at all times relevant served and continues to serve in the Air Force Reserves.

1

LAW OFFICES OF RANDY A. FLEISCHER, P.A. 8258 State Road 84, Davie, Florida 33324 (954) 472-8401 Fax (954) 472-8446 E-Mail: randy@igc.org

4. XYLOPHONE LLC dba THE TRUMP INSTITUTE, (hereinafter XYLOPHONE) is a Florida Corporation and an employer, doing business in the State of Florida, and engaging in an industry affecting commerce and employs more than fifteen (15) regular employees.

## FACTS

5. WRIGHT was hired by XYLOPHONE on or about December 19, 2006.

6. During WRIGHT's employment by XYLOPHONE he was called for Air Force Reserve duty at Patrick Air Force Base one Saturday per month and for one week in January to prepare for deployment in Afghanistan.

7. WRIGHT was activated for combat duty in Afghanistan from the end of February 2007 until Mid April 2007.

8. WRIGHT returned home from active duty in Afghanistan late in the evening on April 16, 2007.

9. On the morning of Tuesday April 17, 2007 WRIGHT emailed his supervisor at XYLOPHONE, Jay Shavin, to let him know he returned from duty late the night before.

10. Although WRIGHT stated he needed some time off to regain his "bearings" he agreed to return to work on Thursday 4/19.

11. On 4/23/07 Shavin sent an email chastising WRIGHT for contacting his old clients and stating that he "will not tolerate that type of duplicitous behavior."

2

12. Ninety minutes later, WRIGHT denied that he was given those instructions and stated that his emails only let his previously assigned clients know he had returned and was safe.

13. WRIGHT further requested information on closings in which he might have earned bonuses while he was deployed.

14. Twenty minutes later Shavin states in an email that WRIGHT's employment is in "dire jeopardy". Shaven states Wright has only been employed less than three months "deducting time off for the Air Force Reserve" and states he is insulted that WRIGHT would make a request for pay and time off that he "did not earn." and that because of WRIGHT's "absences" he is forced to "re-evaluate Wright's position with The Trump Institute."

15. WRIGHT responded via email that he wanted to discuss these issues with Shaven and stated it was just a misunderstanding, that he is a team player and wanted to work through it.

16. Shavin's termination email fifteen minutes later stated in response that WRIGHT does not need to be offended and that he is terminated.

17. Keeping WRIGHT on probation as a result of time spent in the military is a per se violation of USERRA at 38 USC 4316(a).

18. WRIGHT was denied a $5,000 salary increase and medical benefits on a timely basis because of his military service in violation of USERRA at 38 USC 4316(a).

3

19. Terminating WRIGHT within 180 days of his re-employment after returning from military service is a per se violation of USERRA at 38 USC 4316 (c)(2).

20. WRIGHT would not have been terminated but for his absences resulting from his military service.

21. WRIGHT has suffered damages as a result of being terminated by XYLOPHONE.

22. WRIGHT has been compelled to hire an attorney and file suit as XYLOPHONE refused to make WRIGHT whole.

23. Plaintiff demands a jury trial

## PRAYER FOR RELIEF

24. WHEREFORE, WRIGHT prays that this Court:

   a. Declare the conduct of the XYLOPHONE in violation of his rights;

   b. Award him injunctive relief by ordering the XYLOPHONE to reinstate WRIGHT to the position he would have attained had he not been wrongfully terminated;

   c. Award him back pay at a his new rate of pay;

   d. Award him full seniority on his years of service as if he had never been on miliary service or terminated;

   e. Award him liquidated damages;

   f. Award him costs and attorney's fees;

   g. Grant such other relief as the Court deems just and necessary.

## VERIFICATION

I, RICHARD WRIGHT do hereby verify that all of the factual allegations related to me and made in the above Verified Complaint and Jury Demand are true to the best of my belief and recollection.

_____
RICHARD WRIGHT
Plaintiff

STATE OF FLORIDA

COUNTY OF BROWARD

BEFORE ME, the undersigned authority, duly licensed to administer oaths and take acknowledgments, personally appeared RICHARD WRIGHT, who, being by me first duly sworn and personally known to me, deposes and says that he has read the foregoing Verified Complaint and Jury Demand, and that the factual allegations relating to him are true and correct to the best of his knowledge, information and belief.

SWORN TO AND SUBSCRIBED before me this 9 day of July, 2008.

My commission expires: _____

Notary Public State of Florida
Bonnie Anne Fleischer
My Commission DD556372
Expires 05/24/2010

Respectfully submitted,

RANDY A. FLEISCHER, P.A.
8258 State Rd 84
Davie Florida 33324
(954) 472-8401
(954) 472-8446 FAX
randy@igc.org    E-mail

_____
Randy A. Fleischer, Esq.
Florida Bar No. 910546

5

**JS 44** (Rev 11/04)    **CIVIL COVER SHEET**    FILED by MB D.C. ELECTRONIC

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

**JULY 10, 2008**

**I. (a) PLAINTIFFS**
Richard Wright

**DEFENDANTS**
XYLOPHONE LLP dba Trump Institute

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**(b)** County of Residence of First Listed Plaintiff    Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Randy A. Fleischer, PA
8258 State Rd 84
Davie FL 33324
(954) 472-8401

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☒ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

08 CV 80747 HURLEY/HOPKINS

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  |  | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page)
a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☐ NO
JUDGE                                 DOCKET NUMBER

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): Uniformed Services Employment and Reemployment Rights Act (USERRA 38 U.S.C. 4301-4333)
Terminated because of military service related absences

LENGTH OF TRIAL via 3 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 3,000,000.00   CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE    SIGNATURE OF ATTORNEY OF RECORD    DATE July 9, 2008

FOR OFFICE USE ONLY
AMOUNT Ø    RECEIPT # Ø    IFP NO

LAW OFFICES OF RANDY A. FLEISCHER, P.A. 8258 State Road 84, Davie, Florida 33324 (954) 472-8401 Fax (954) 472-8446 E-Mail: randy@igc.org